UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. CROSSON,<br>Plaintiff<br><br>v.<br><br>JOHN ALDEN LIFE INSURANCE CO.,<br>Defendant | C.A. #04-11711-REK |

## STIPULATION OF DISMISSAL

The plaintiff, Thomas J. Crosson, and the defendant, John Alden Life Insurance Co., hereby stipulate that this action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

For Plaintiff:
Thomas J. Crosson
McGuire & Coughlin, P.C.
by _____
Thomas F. McGuire, Jr., Esq.
B.B.O. # 335170
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187
Tel. (508) 675-7896
Fax (508) 675-6595

For Defendant:
John Alden Life Insurance Co.
Morrison Mahoney, LLP
by _____
Steven J. Bolotin, Esq.
B.B.O. #564085
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 439-7500